UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

VINCENT BOYD,

        Plaintiff,

 v.                                              Case No. 12-C-177

SGT. NETZEL, et al.,

        Defendants.

**ORDER**

Plaintiff has filed a motion to compel and a motion for an extension of time. The response indicates that additional materials are being provided to Plaintiff pursuant to his discovery requests. The response further indicates that Defendants do not oppose an extension of time. With no reply being filed, it appears the motion to compel is now moot and will be **DENIED** on that basis. The motion for an extension of time is **GRANTED**. Plaintiff will have until November 29, 2012 to respond to the motion for summary judgment.

**SO ORDERED** this   17th   day of October, 2012.

                                                    s/ William C. Griesbah
                                                    William C. Griesbach
                                                    United States District Judge